FILED

JAN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE D. BING

    Plaintiff,

vs.

WAL-MART STORES, INC.

    Defendant.

CASE NUMBER 1:06CV00147

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 01/27/2006

JURY ACTION

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Wal-Mart Stores, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Superior Court of the District of Columbia, and as grounds therefor states as follows:

1. On or about January 12, 2006, Defendant Wal-Mart Stores, Inc. was served with a Summons and Complaint in an action commenced by the Plaintiff, Yvonne D. Bing, in the Superior Court of the District of Columbia as Case No.:2006 CA-000025 B. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant Wal-Mart Stores, Inc., and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

1

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner has filed a written Answer to Plaintiff's Complaint on January 30, 2006. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4. In the Complaint, Plaintiff Yvonne D. Bing seeks judgment against this Defendant in the amount of One Hundred Thousand Dollars ($100,000) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff Yvonne D. Bing was and is now a resident of the District of Columbia.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Wal-Mart Stores Inc.'s principal place of business is Arkansas.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $250 for the filing fee, as required by law.

WHEREFORE, the Defendant, Wal-Mart Stores, Inc., respectfully requests to remove this action from the Superior

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548


Court of the District of Columbia to the United States District Court for the District of Columbia.

                Respectfully submitted,

                DeCARO, DORAN, SICILIANO,
                 GALLAGHER & DeBLASIS

                */s/ Charles E. Gallagher*
                Charles E. Gallagher, Jr. (366763)
                2565 Chain Bridge Road
                Vienna, VA 22181
                Counsel for Defendant
                WAL-MART STORES, INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of January, 2006, a copy of the foregoing Petition for Removal was forwarded, postage pre-paid, via first class mail, to:

    Aroon Roy Padharia, Esq.
    1717 K Street, N.W., Suite 600
    Washington, D.C. 20036
    Counsel for Plaintiff

                */s/ Charles E. Gallagher*
                Charles E. Gallagher, Jr.
                Counsel for Defendant,
                Wal-Mart Stores, Inc.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Petition for Removal.01.26.06 jmo.wpd