CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Yvonne D. Bing          *Plaintiff*

vs.                                         Civil Action No: ~~06-0000025~~

Wal-Mart Stores, Inc.
CT Corporations System
1015 15TH. Street, N.W. *Defendant*
Suite 1000
Washington, D.C. 20005

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Aroon Roy Padharia
Name of Plaintiff's Attorney

1717 K Street, N.W. Suite 600          By _____
Address                                         Deputy Clerk
Washington, D.C. 20036

202-508-1450                             Date _____
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. 500 INDIANA AVENUE, N.W., ROOM JM 170

FILED
JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| Yvonne D. Bing<br>2906 Fort Baker Drive, SE<br>Washington, D.C. 20020<br><br>            Plaintiff,<br>    v.<br><br>Wal-Mart Stores, Inc.<br>Represented by David Gloss, COB<br>702 Southwest 8th Street<br>Bentonville, Ak 72716<br>            Defendant. | Civil Action No: 06-0000025 |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff, Ms. Yvonne D. Bing, by and through her counsel, Aroon Roy Padharia, and moves this Court for judgment against Defendant Wal-Mart Stores, Inc., and grounds thereof, states as follows:

### A. Parties

1. Plaintiff, Yvonne D. Bing, is an individual, who is a citizen of the District of Columbia.

2. Defendant, Wal-Mart Stores Inc., is a Corporation Incorporated in Arkansan and does retail business through out United States and may be served with process on its registered agent in Washington, D.C. CT Corporation, 1015 15th Street, NW., Suite 1000, Washington, D.C. 20005 under *D.C. R. Civ. P. 4(e)*}

### B. Jurisdiction

3. Jurisdiction is vested in this Court pursuant to D.C. Code § 13-423(a)(1) (1981 edition), as the Defendant Corporation has transacted business in District of Columbia within the jurisdiction of this Court by advertising through which it has established contacts

### C. Facts

4. This lawsuit results from an injury Plaintiff sustained on the premises of Wal-Mart Stores, Inc., on January 02, 2004, located at 5800 Kingstown Blvd., Alexandria, VA 22315,

while Plaintiff was shopping at the Defendant's Store. Plaintiff was looking for a an item which she could not find by herself, therefore, she requested the assistance of one of the sales associate who directed her to the particular isle and pointed the item to the Plaintiff. Plaintiff reached for the item pointed by the sales associate. While the Plaintiff was retrieving the item from the upper shelf, a big box that was on the bottom shelf fell on the Plaintiff's foot. As a result of the big box falling on the Plaintiff foot, Plaintiff suffered foot and back injuries.

### D. Count 1 - Negligence

5. Defendant failed to inspect and keep the premises safe for the business invitees. The sales associate who had the duty to service the customer by retrieving the item from the shelf, failed in his duties by simply directing the Plaintiff to help herself that resulted in the injuries to the Plaintiff. Defendant operated his vehicle negligently. Defendant had a duty to exercise care by inspecting the store and keeping the premises safe for all the customers. Defendant breached that duty in one or more of the following ways:

   a. Failing to timely inspect the premises and keep the store safe for the customers.

   b. Failing to service the customer.

### E. Damages

6. As a direct and proximate result of Defendant's negligence, Plaintiff suffered the following injuries and damages:

   a. Physical pain and mental anguish.

   b. Lost earnings.

   c. Medical and Transportation expenses incurred.

   d. Loss of household services.

### F. Prayer

7. For these reasons, Plaintiff asks for judgment against Defendant for the following:

   a. Actual damages of $100,000.00.

   b. Prejudgment and post-judgment interest.

   c. Costs of suit.

d. All other relief the court deems appropriate.

Respectfully submitted,

**Law Office of Aroon Roy Padharia**

_____
Aroon Roy Padharia # 470038
1717 K. Street, NW., Suite 600
Washington, D.C. 20036
Phone No: 2020-508-1450

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues involved herein.

_____
Aroon Roy Padharia
Attorney for Plaintiff