IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVONNE D. BING | ) |
| Plaintiff | ) |
| v | ) Civil Action No.: 2006 CA-000025 B |
| | Calendar No.   - |
| | Judge Anna Blackburne-Rigsby |
| WAL-MART STORES, INC. | ) Next Event: Initial Conference |
| | April 07, 2006 |
| Defendant | ) |

### WAL-MART STORE, INC.'S ANSWER TO COMPLAINT

### Introductory Statement

At the time this Answer is filed, the Defendant has filed a Notice Regarding Removal with this Court, as well as a Petition for Removal to the United States District Court for the District of Columbia. Other than the issuance of the Summons and Complaint, no actions have taken place in this case in the Superior Court of the District of Columbia. It is requested that no further proceedings be held in this Honorable Court unless and until the above matter is remanded by the United States District Court for the District of Columbia.

### FIRST DEFENSE

Defendant generally denies liability and the allegations as to all Counts of Plaintiff's Complaint and states that it did not commit the wrongs as alleged.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

06 0147

FILED

JAN 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SECOND DEFENSE

The Court lacks personal jurisdiction over the Defendant.

## THIRD DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## FOURTH DEFENSE

Plaintiffs' claim is barred by the applicable statute of limitations.

## FIFTH DEFENSE

Plaintiff's injuries, if any, are the result of an act of nature over which this Defendant cannot be held legally responsible.

## SIXTH DEFENSE

At all times applicable hereto the Defendant complied with the standard of care of a reasonably competent corporation under the same or similar circumstances.

## SEVENTH DEFENSE

The Plaintiff's injuries, if any, are the result of the acts, commissions or omissions of others for which this Defendant cannot be held responsible.

## EIGHTH DEFENSE

The Defendant did not commit the wrongs alleged.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

### NINTH DEFENSE

That the Defendant intends to rely upon any and all of the following defenses:

    1.    Contributory negligence;

    2.    Assumption of the risk;

    3.    Failure to mitigate damages;

    4.    *Forum non conveniens* in that this matter should be filed in Virginia, in either the Circuit Court of Fairfax County, Virginia, or the United States District Court for the Eastern District of Virginia, Alexandria Division;

    5.    Improper venue; and

    6.    Statute of limitations.

### TENTH DEFENSE

As to the allegations of the Plaintiff's Original Complaint, the Defendant would adopt all of the defenses raised anywhere in this Answer and in addition states:

1. That as to the allegations of Paragraph 1, the Defendant is unadvised as to the truth or falsity of those allegations and they should be taken as denied where material.

2. That as to the allegations of Paragraph 2, Wal-Mart Stores, Inc. is a Delaware corporation, with a principal place of business in Arkansas, and does not reasonably expect to be sued

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

in the Courts of the District of Columbia for an incident that occurred in Fairfax County, Virginia.

3.   That as to the allegations of Paragraph 3, they are denied. The Superior Court of the District of Columbia does not have jurisdiction over this Defendant and this forum is not convenient as the subject incident occurred in Fairfax County, Virginia, and the public versus private interest factors as enumerated in <u>Gulf Oil Corporation v Gilbert</u>, 330 U.S. 501 (1947) mandates that this matter be transferred to Virginia, either to the Circuit Court of Fairfax County, Virginia or the United States District Court for the Eastern District of Virginia, Alexandria Division.

4.   That as to the allegations of Paragraph 4, it is admitted that the Plaintiff alleges injury while shopping at the Wal-Mart store located at 5800 Kingstowne Boulevard, Alexandria, Virginia 22315, which is located in Fairfax County, Virginia. That as to the remainder of the allegations, Defendant is unable to admit or deny those as stated at this time, pending further investigation and further discovery.

5.   That as to the allegations of Paragraph 5, Defendant denies those allegations.

6.   That as to allegations of Paragraph 6, they are denied at this time, pending further investigation and discovery.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

7. That at to the allegations of Paragraph 7, Defendant denies that it is liable to the Plaintiff for the damages sought.

WHEREFORE, having fully answered, Defendant prays that the Complaint be dismissed with costs and attorney's fees assessed against the Plaintiff.

> DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP
>
> By: *Charles E. Gallagher*
> Charles E. Gallagher, Jr.
> (D.C. Bar No. 366763)
> 2565 Chain Bridge Road
> Vienna, Virginia 22181
> (703) 255-6667
> Attorney for Defendant

**JURY DEMAND**

Defendant hereby demands a jury on all issues herein.

*Charles E. Gallagher*
Charles E. Gallagher, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27 day of January, 2006, I mailed, postage-prepaid, a copy of the foregoing to:

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036

*Charles E. Gallagher*
Charles E. Gallagher, Jr.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Answer to Complaint.01.26.06 jmo.wpd

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVONNE D. BING ) | |
| Plaintiff ) | |
| v ) | Civil Action No.: 2006 CA-000025 B |
| ) | Calendar No. - |
| ) | Judge Anna Blackburne-Rigsby |
| WAL-MART STORES, INC. ) | Next Event: Initial Conference |
| ) | April 07, 2006 |
| Defendant ) | |

**NOTICE REGARDING REMOVAL**

TO THE CLERK:

Please note that the Defendant, Wal-Mart Stores, Inc., has filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of Columbia, and respectfully states that no further proceedings may be held in this Honorable Court unless and until the above-captioned matter is remanded.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS

_____
Charles E. Gallagher, Jr. (366763)
2565 Chain Bridge Road
Vienna, VA 22181
Counsel for Defendant
WAL-MART STORES, INC.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of January, 2006, a copy of the foregoing Notice Regarding Removal was forwarded, postage pre-paid, via first class mail, to:

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036
Counsel for Plaintiff

_____
Charles E. Gallagher, Jr.
Counsel for Defendant,
Wal-Mart Stores, Inc.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Notice Regarding Removal.01.26.06 jmo.wpd