

# United States District Court
# For the District of Columbia

CO-386-online
FILED
JAN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| YVONNE D. BING | ) |
| | ) |
| | ) CASE NUMBER 1:06CV00147 |
| vs   Plaintiff | ) |
| | ) JUDGE: Emmet G. Sullivan |
| WAL-MART STORES, INC. | ) |
| | ) DECK TYPE: Personal Injury/Malpractic |
| | ) DATE STAMP: 01/27/2006 |
| Defendant | ) |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __WAL-MART STORES, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __WAL-MART STORES, INC.__ which have any outstanding securities in the hands of the public:

Sam's East, Inc.; Sam's West, Inc.; Sam's Property Company; Wal-Mart Stores East, LP; Wal-Mart Stores East, Inc.; Wal-Mart Property Company; Wal-Mart Real Estate Business Trust; ASDA Group Ltd. are all wholly owned subsidiaries of Wal-Mart Stores, Inc. The only two (2) publicly traded corporations are Wal-Mart Stores, Inc. and Wal-Mart de Mexico, S.A. de C.V. (formerly known as CIFRA S.A. de C.V.). Wal-Mart de Mexico, S.A. de C.V. is a majority-owned, publicly traded Mexican company. Wal-Mart also owns 35% of the Seiyu Ltd., a Japanese publicly traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__3366763__
BAR IDENTIFICATION NO.

CHARLES E. GALLAGHER, JR.
Print Name

__2565 CHAIN BRIDGE ROAD__
Address

| VIENNA | VA | 22181 |
|---|---|---|
| City | State | Zip Code |

__(703) 255-6667__
Phone Number

2