## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
YVONNE D. BING                    :
                                  :
      Plaintiff                   :
                                  :
v.                                :  Civil Action No.: 06-147
                                  :  (EGS)
WAL-MART STORES, INC.             :
                                  :
      Defendant                   :
```

### ORDER

UPON CONSIDERATION of the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Forum Non-Conveniens, and any opposition thereto, and for good cause having been shown, it is hereby this _____ day of _____, 2006,

ORDERED AND ADJUDGED that this matter is the same and is hereby dismissed;

or

ORDERED AND ADJUDGED that this matter is transferred to the United States District Court for the Eastern District of Alexandria Division under the doctrine of Forum Non-Conveniens.

_____
Judge Emmet G. Sullivan

Copies to:

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

```
Charles E. Gallagher, Jr.
2565 Chain Bridge Road
Vienna, Virginia  22181
I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Motion to Dismiss-Transfer to VA ORDER.wpd
```

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548