UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

YVONNE D. BING              :
                            :
    Plaintiff               :
                            :
v.                          : Civil Action No.: 06-147
                            : (EGS)
WAL-MART STORES, INC.       :
                            :
    Defendant               :

### DEFENDANT WAL-MART STORES, INC.'S MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

COMES NOW, the Defendant Wal-Mart Stores, Inc., by and through its attorneys, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and respectfully requests this Honorable Court to continue the Initial Scheduling Conference that is set for March 3, 2006 at 10:00 a.m. and for cause states:

1.  That the Initial Scheduling Conference for this matter is set for March 3, 2006 at 10:00 a.m. and this is the first time this matter has been set for such conference.

2.  That counsel for the Defendant has a conflict, namely, will be involved in the trial of <u>Navas v Shoppers Food Warehouse</u>, At Law No. CL 05001121, in the Circuit Court for the City of Alexandria, which was previously set well in advance of the filing of this case.

3.  That counsel for the Plaintiff consents to the continuance.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. That pursuant to the Court's Order for Initial Scheduling Conference, the alternate dates that are available to the parties for the conference are as follows: A) March 29th; B) March 30th; C) April 4th (a.m.); D) April 5th (a.m.); E) April 27th; and F) April 28th.

5. It is respectfully requested that this Honorable Court continue the Initial Scheduling Conference to one of the above dates at the convenience of the Court.

WHEREFORE, the Defendant respectfully requests the relief stated above.

                              DeCARO, DORAN, SICILIANO,
                              GALLAGHER & DeBLASIS, LLP

                              */s/ Charles E. Gallagher, Jr.*
                              Charles E. Gallagher, Jr.
                              (D.C. Bar No. 366763)
                              2565 Chain Bridge Road
                              Vienna, Virginia  22181
                              (703)255-6667
                              Fax: (703)299-8548
                              Attorney for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13 day of February, 2006, I faxed and mailed, postage prepaid, a copy of the foregoing to:

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036
Facsimile: (202) 331-3759
Counsel for Plaintiff

_____
Charles E. Gallagher, Jr.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Motion to Continue Initial Scheduling Conference.02.13.06 jmo.wpd

-3-