UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| YVONNE D. BING | : |
| Plaintiff | : |
| v. | : Civil Action No.: 06-147 |
| | : (EGS) |
| WAL-MART STORES, INC. | : |
| Defendant | : |

**O R D E R**

Upon consideration of the Defendant's Motion to Continue the Initial Scheduling Conference, and for good cause having been shown, and with the consent of the Plaintiff, it is hereby this _____ day of _____, 2006

ORDERED and ADJUDGED that the Initial Scheduling Conference shall be continued from March 3, 2006 at 10:00 a.m. to _____, 2006.

_____
Emmet G. Sullivan
United States District Judge

Copies to:

Charles E. Gallagher, Jr.
DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP
2565 Chain Bridge Road
Vienna, Virginia  22181
Counsel for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
\_\_\_\_
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036
Counsel for Plaintiff

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Order (Motion to Continue Scheduling Conference 02.13.06 jmo.wpd