UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE D. BING          :
                        :
     Plaintiff          :
                        :
v.                      : Civil Action No.: 06-147
                        : (EGS)
WAL-MART STORES, INC.   :
                        :
     Defendant          :

### JOINT REPORT FOR INITIAL SCHEDULING CONFERENCE

COMES NOW, the parties by their respective counsel, and in compliance with the Order for Initial Scheduling Conference submit the following report and state:

**I.   Statement of the Case**

Plaintiff alleges personal injury allegedly occurring as a result of a big box falling on the Plaintiff on January 2, 2004, while shopping at Defendant's retail store located at 5800 Kingstowne Boulevard, Alexandria, Virginia 22315 (Fairfax County, Virginia). Plaintiff complains of severe and permanent foot and back injuries and mental anguish and loss of earnings and seeks $100,000.

**II.  Statutory Basis for All Causes of Action and Defenses**

Plaintiff filed suit in the Superior Court of the District of Columbia and this matter was removed at the request of the Defendant pursuant to 28 U.S.C., Section 1441(a).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Defendant has filed a Motion to Dismiss or in the Alternative to Transfer this matter for *forum non conveniens* to the United States District Court for the Eastern District of Virginia, Alexandria Division. That Motion is pending before this Court.

Defendant would raise as affirmative defenses lack of notice and primary negligence; contributory negligence; assumption of the risk; and failure to mitigate damages.

### III. Rule 26(f) Conference

The parties certify that they communicated on March 21, 2006 regarding this matter and this report accurately reflects the positions of the parties on the issues herein.

### IV. Rule 16 Matters

<u>Pending Motions</u>

1. Defendant has filed a Motion to Dismiss/Transfer Venue for *Forum Non Conveniens* to the United States District Court for the Eastern District of Virginia, Alexandria Division. The matter *sub judice* occurred in Fairfax County, Virginia and there is no nexus with the incident to the District of Columbia. The Defendant requests this Honorable Court rule upon Defendant's Motion.

2. <u>ADR</u>-The parties submit that resolution of this case at this point is premature. Plaintiff has not been in a position

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

to present a demand and therefore no settlement negotiations have taken place. It is suggested that once discovery is completed, the parties notify the Court in which this matter may be pending at that time for any Court required ADR.

    3. <u>Discovery Schedule</u>--The parties suggest that the Rule 26(a)(1)Initial Disclosures be due as of May 4, 2006.

As for the disclosure of expert testimony required by Rule 26(a)(2), the parties suggest the Plaintiff designate experts 90 days prior to trial and the Defendant designate them 60 days prior to trial.

    4. As for the pre-trial disclosures required by Rule 26(a)(3), the parties suggest that the disclosures be made 30 days prior to trial with any objections due 14 days prior to trial.

As to the remainder of the scope of Rule 26, the parties request that the Court order additional discovery be permitted by Interrogatories, Request for Production of Documents, Deposition, Requests for Admissions, and Request for Physical and Mental Examination as permitted by Rules 26 through 37.

The parties suggest that all of the above deadlines be applicable whether this case remains in this Court or is transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, the parties respectfully submit this Joint Report for Initial Scheduling Conference.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

By: /s/ Charles E. Gallagher
Charles E. Gallagher, Jr.
(D.C. Bar No. 366763)
Washington Business Park
4601 Forbes Boulevard, Suite 200
P.O. Box 40
Lanham, MD 20703-0040
(301) 306-4300
Attorney for Defendant

/s/ Aroon Roy Badharia w/permission
Aroon Roy Badharia, Esquire
1717 K. Street, N.W., Suite 600
Washington, D.C. 20036
Attorney for Plaintiff

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Joint Report for Initial Scheduling Conference.03.21.06 jmo.wpd