IN THE DISTRICT COURT OF THE UNITED STATES
WASHINGTON, D.C.

| | | |
|---|---|---|
| YVONNE D. BING | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No:    06-147 |
| v. | ) | |
| | ) | |
| WAL-MART STORES INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**COMES NOW**, Plaintiff, Yvonne D. Bing, by and through her counsel Aroon Roy Padharia, request's this court for Extension of Time, under Rule 6(b) of Civil Procedure, for filing a Motion to Reconsider which is due by April 17, 2006, for the following reasons:

1. Plaintiff is Yvonne D. Bing; and Defendant is Wal-Mart Store Inc.

2. Plaintiff filed this action against the Defendant for damages due to the injuries she sustained while shopping at the Defendant's Store located in Virginia.

3. Defendant in this matter filed a Motion for Change of Venue under the theory of 'Forum Non-Conveniens' and Plaintiff's counsel filed an opposition to it on February 27, 2006, but the said opposition did not go through as the Plaintiff's counsel was for the first time filing a document electronically.

4. The Plaintiff's counsel, on or about February 24, 2006, approached Mr. John F. Pressley, Jr., requesting him to help him file the opposition, but Mr. Pressley could not file because the Plaintiff's counsel did not have his password. Therefore, Mr. Pressley, Jr. advised the Plaintiff's counsel to call the Judge's clerk and let them

know as to you're the situation. Plaintiff's counsel immediately around 5:00 p.m. called the Judge's Clerk and left a message on the answering machine.

5. On April 4, 2006, the said matter came up for hearing at which point the Plaintiff's counsel, for the first time, learned that his opposition did not go through electronically as his filing was not proper done. The Plaintiff's counsel tried to explain to the Court, but the Honorable Judge did not trust the Plaintiff's counsel and arbitrarily entered an Order in favor of the Defendant advising the Plaintiff's counsel to file a Motion to Reconsider by April 17, 2006, threatening with sanctions if a frivolous application is filed.

6. The Plaintiff counsel submits that an extension of 10 days time may be granted for filing a Motion to Reconsider through her new counsel which she intends to retain, as the Plaintiff's counsel intends to withdraw from this matter as the Honorable Judge has expressed his opinion on record in the open court that he cannot trust the representation made by the Plaintiff's counsel.

7. The granting of this Motion will not jeopardize the rights of the Defendant nor will it affect the Docket of this Honorable Court, it would rather protect the interest of the Plaintiff by allowing the Plaintiff's counsel, Mr. Aroon Roy Padharia to withdraw whose representations the Judge has no trust. The counsel for the Plaintiff strongly believes that this court has jurisdiction over this matter.

**WHEREFORE,** The Plaintiff's requests that the Honorable Court grant an Extension of Time until April 28, 2006, for retaining a new counsel and to file a Motion to Reconsider.

                   Respectfully submitted,

|  |  |
|---|---|
| 470038 | Aroon Roy Padharia, D.C. Bar No: 1717 K Street, NW., Suite 600 Washington, D.C. 20036 Telephone No: 202-508-1450 |

## CERTIFICATE OF SERVICE

I, Aroon Roy Padharia, attorney for the Plaintiff, do hereby Certify that a copy of the foregoing Motion for Extension of Time has been emailed to Mr. Charles E. Gallagher at cgallagher@decarodoran.com on April 17, 2006, and a hard copy will be mailed on April 19, 06

_____
Aroon Roy Padharia, Esq.