UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVONNE D. BING ]<br>]<br>Plaintiff, ]<br>v. ]<br>]<br>WAL-MART STORES, INC. ]<br>]<br>Defendant. ]<br>_____] | Civil Action No:   06-147 |

## PLAINTIFF'S MOTION TO RECONSIDER

**COMES NOW,** Plaintiff, Yvonne D. Bing, by and through her counsel Aroon Roy Padharia, and request this Honorable Court to reconsider the Order entered on April 4th, 2006, transferring the matter to Virginia as requested by the Defendant for the following reasons:

1. Plaintiff is Yvonne D. Bing; Defendant is Wal-Mart Stores Inc.

2. Plaintiff originally instituted this action Before the Superior Court of the District of Columbia on January 4, 2006. (2006 CA 000025) and the Defendant was properly summons on his resident agent, CT Corporation Systems, located at 1015 15th Street NW., Suite 1000, Washington, D.C. 20005.

3. Plaintiff instituted this action to recover damages for the injuries she sustained as a result of a box falling on her foot while she was retrieving merchandise from an upper shelf during her shopping with her mother at the Defendant's store located in Virginia.

5. Plaintiff having been injured was treated in the District of Columbia by the Doctors who practice medicine in District of Columbia except for one Doctor who is will attend this court to testify if necessary.

4.  Defendant, rightfully filed a Motion to remove this matter to the United States District Court for the District of Columbia on January 27, 2006, based on Diversity of Citizenship and the amount in controversy. The matter was removed without any objection from the Plaintiff.

5.  After the matter was removed to the United States District Court for the District of Columbia, Defendant on February 7, 2006, filed a Motion to Dismiss, or in the Alternative to Transfer for Forum Non-Conveniens.

6.  Plaintiff's attorney on February 24, 2006, sought the help of Mr. John Pressley, Jr. Attorney at Law, to have the response filed electronically as the Plaintiff's counsel was filing electronically for the first time. Mr. Pressley could not file the document stating that the password is case sensitive and it has to be filed on one's own password and advised the Plaintiff's counsel to call the Judge's Chambers and appraise the Clerk of the difficulty and the court would accommodate.

7.  Mr. Pressley immediately pulled out the Judge's number and had the Plaintiff's counsel the chambers. As it was a Friday and around 5.00 p.m. the answering machine picked up the call and the Plaintiff's counsel left the message expressing his inability to file the response to Defendant's Motion to Dismiss.

8.  Plaintiff's counsel, on February 27, 2006, filed the answer electronically and believed that the response was filed. But on April 4th, 2006, on the date of the hearing, Plaintiff's counsel, learnt that the response did not go through and the Honorable Court entered an Order in favor of the Defendant transferring the matter to United States District Court for the Eastern District of Virginia.

> **The issue before this Honorable Court id whether this action was properly filed in the District of Columbia.**

Plaintiff contends that this matter has been properly filed in the District of Columbia as Defendant has conducted business in the District of Columbia when he advertised and lured the D.C. customer to his place of business. *In Shoppers Food Warehouse v. Moreno,* 746 A.2d 320, the Appellee in this matter who is a resident of the District of Columbia went shopping in Maryland sustained a slip and fall injury for which he brought an action in the District of Columbia and this matter was reargued En Banc on May 5, 1999. The District of Columbia Court of Appeals held the D.C. Trial court had personal jurisdictions over foreign corporations. This is a case where the facts are similar to that of the cited case and the plaintiff based on this case has brought the action in the District of Columbia and therefore, this court only has jurisdiction over this matter.

**WHEREFORE,** Plaintiff requests this Honorable Court to take the above cited case into consideration, which has the same facts as that of this matter, and retain the matter in the District of Columbia as this court only has jurisdiction over this matter.

Respectfully submitted,

_____
Aroon Roy Padharia    # 470038
1717 K. Street, NW., Suite 600
Washington, D.C. 20036
Phone No: 2020-508-1450

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April 2006, a copy of the foregoing opposition to Defendants Motion to Dismiss or in the Alternative to Transfer for Forum Non-Conveniens, postage pre-paid, via USPS First Class Mail, to:

Charles E. Gallagher, Jr.
**DeCARO, DORAN, SICILLIANO,
GALLAGHER & DeBLASIS, LLP
Attorneys at Law**
2565 Chain Bridge Road
Vienna, VA 22181

                                                            _____
                                                            Aroon Roy Padharia, Esq.