UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| YVONNE D. BING | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No.: 06-147 |
| | : (EGS) |
| WAL-MART STORES, INC. | : |
| | : |
|     Defendant | : |

### DEFENDANT WAL-MART STORES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER

COMES NOW, the Defendant, Wal-Mart Stores, Inc., by and through its attorneys, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and for its opposition to the Plaintiff's Motion to Reconsider the Court Order of April 4, 2006 transferring the venue of this matter to the United States District Court for the Eastern District of Virginia, states as follows:

    1.    Plaintiff presents no new factual information for this Court's consideration as to why the Plaintiff did not properly file pleadings in opposition to the Defendant's Motion to Transfer Venue.

    2.    Plaintiff presents no new information for this Court's consideration as to why the venue of this matter is not proper in the United States District Court for the Eastern District of Virginia, as all events related to the subject occurrence took

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

place in the Defendant's store located in Fairfax County, Virginia.

3. Defendant adopts the arguments previously made in its Motion to Transfer Venue for *Forum Non Conveniens*, which was granted by the Court.

The only legal argument that the Plaintiff makes urging the Court to reconsider its decision of April 4th is to cite the case of <u>Shoppers Food Warehouse v. Moreno</u>, 746 A.2d 320 (2000). Unfortunately, Plaintiff continues to confuse the issues of jurisdiction and venue. Like the defendant in the Shoppers Food Warehouse case, Wal-Mart concedes that personal jurisdiction under the long arm statute may be appropriate in the District of Columbia, however, <u>venue</u> is more proper in the United States District Court for the Eastern District of Virginia. The <u>Moreno</u> case is not in conflict with that position.

4. Defendant asserts that the <u>Shoppers Food Warehouse v. Moreno</u> case provides a lengthy and instructive analysis of the personal jurisdiction issue under the District of Columbia long arm statute, D.C. Code §13-423. As stated, Defendant does not contest that personal jurisdiction exists over the Defendant, rather it has raised the question of the appropriate forum under the doctrine of *forum non conveniens*.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
-----
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Defendant asserts that nowhere does the <u>Shoppers Food Warehouse v. Moreno</u> case prohibit Wal-Mart from requesting this Court to transfer venue to the Eastern District of Virginia since that case did not discuss the doctrine of *forum non conveniens*. Interestingly, as pointed out by the dissent, the prospect of a plaintiff obtaining personal jurisdiction in the District of Columbia should Virginia's standard for long arm jurisdiction be used would be "less promising." 746 A.2 at 339.  Indeed, the dissent cited a case from the United States District Court for the Eastern District of Virginia, <u>Chedid v. Boardwalk Regency Corp.</u>, 756 F. Supp. 941, 943 (E.D. Va. 1991) that analyzed the "arising from" transaction that would be necessary for personal jurisdiction.

Wal-Mart asserts for the reasons previously advanced, that remain unopposed by Plaintiff, that venue is more proper in the United States District Court for the Eastern District Court of Virginia as previously ordered by the Court, and that Order should not be disturbed.

5.   Moreover, it should be noted that on April 4, 2006 the Court ordered the Plaintiff to file a Motion to Reconsider no later than April 17th, and because no response had been filed by the time the Court issued an Order on April 17th, the matter was formerly transferred to the Eastern District of Virginia and

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

received.  Subsequent to the Court's Order, the Plaintiff filed a Motion to Extend Time to file such a responsive pleading, maintaining that Plaintiff's counsel would be withdrawing from the case and new counsel would enter.  Neither of those things have occurred.

Moreover, the Court granted the Plaintiff's Motion for extension of time to file the Motion to Reconsider and gave the Plaintiff until April 28th to file a responsive pleading.  The Notice of Electronic Filing received by the undersigned from the Court on April 29, 2006 indicated that the Plaintiff did not file the Motion to Reconsider until the early morning hours of April 29, 2006.  Therefore, once again Plaintiff has failed to follow the procedural requirements of this Court.

WHEREFORE, the Defendant, Wal-Mart Stores, Inc., respectfully requests this Honorable Court to deny the Plaintiff's Motion to Reconsider, and to transfer venue of this case to the United States District Court for the Eastern District of Virginia, Alexandria Division, as previously ruled on April 4, 2006.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

>DeCARO, DORAN, SICILIANO,
> GALLAGHER & DeBLASIS, LLP
>
>
>   /s/Charles E. Gallagher, Jr
> ───────────────────────────
> Charles E. Gallagher, Jr.
> (D.C. Bar No. 366763)
> 2565 Chain Bridge Road
> Vienna, Virginia  22181
> (703)255-6667
> Fax: (703)299-8548
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of May, 2006, I mailed and emailed, postage prepaid, a copy of the foregoing to:

> Aroon Roy Padharia, Esq.
> 1717 K Street, N.W., Suite 600
> Washington, D.C. 20036
> Via email: aroonpadharia@yahoo.com
> Counsel for Plaintiff

>  _____
> Charles E. Gallagher, Jr.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301)306-4300
FAX: (301)306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703)255-6667
FAX: (703)299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Def.'s Opposition to Plt's Mtn to Reconsider.05.03.06 jmo.wpd