UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
YVONNE D. BING                 :
                               :
     Plaintiff                 :
                               :
v.                             :  Civil Action No.: 06-147
                               :  (EGS)
WAL-MART STORES, INC.          :
                               :
     Defendant                 :
```

### DEFENDANT WAL-MART STORES, INC.'S
### MOTION FOR HEARING ON PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S ORDER GRANTING THE DEFENDANT'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF VIRGINIA

COMES NOW, the Defendant, Wal-Mart Stores, Inc., by and through its attorneys, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and respectfully requests this Honorable Court to set a hearing or a status conference as to the Plaintiff's Motion to Reconsider the Court's transferring of venue of this matter to the United States District Court for the Eastern District of Virginia and states as follows:

1. That on April 4, 2006 this Honorable Court heard argument on Defendant's Motion to Transfer Venue for *forum non conveniens* and by oral decision from the bench that date granted the Defendant's Motion.

2. That on or about April 29, 2006 the Plaintiff filed a Motion to Reconsider the Court's granting of the Defendant's Motion to Transfer Venue. (Document 10)

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3. That on May 3, 2006 the Defendant filed an Opposition to the Plaintiff's Motion to Reconsider. (Document 12).

4. That as of this date the Court has not ruled on the Plaintiff's Motion to Reconsider and attempts by defense counsel to secure the cooperation of Plaintiff's counsel in jointly contacting the Court to discuss the present status of this case have been unsuccessful.

5. That in an abundance of caution, the Defendant requests the Court to set a hearing on the Motion to Reconsider and the opposition thereto, or to take whatever steps the Court believes reasonable and necessary to resolve this pending matter.

6. That no initial discovery order or trial date has been assigned to this case.

WHEREFORE, the Defendant respectfully requests the relief stated above.

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By: _____
Charles E. Gallagher, Jr.
(D.C. Bar No. 366763)
2565 Chain Bridge Road
Vienna, VA 22181
(703) 255-6667
Attorney for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**CERTIFICATE OF SERVICE**

I hereby certify that on this _12_ day of _July_, 2006, I emailed and mailed, postage-prepaid, a copy of the foregoing to:

Aroon Roy Padharia, Esq.
1717 K Street, N.W., Suite 600
Washington, D.C. 20036
Via email: aroonpadharia@yahoo.com
Counsel for Plaintiff

_____
Charles E. Gallagher, Jr.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\CEG\Bing v Wal-Mart\Pleadings\Defendant's Motion for Hearing.07.11.06 jmo.wpd

-3-